**KOLLER LAW LLC**

**DAVID M. KOLLER** **JORDAN D. SANTO**

*LICENSED IN PENNSYLVANIA AND NEW JERSEY*

August 7, 2026

**Via ECF**
Hon. Keli M. Neary, U.S.D.J.

**Re: Nila Cobb v. Office of the Lt. Governor of PA, No. 26-1265**

Dear Your Honor:

My office represents Nila Cobb, the Plaintiff in the above-captioned matter. I write today on behalf of the Parties to request leave to submit the Joint Case Management Plan on August 10, 2026, instead of today, August 7, 2026. Counsel for the Parties are discussing amendment or withdrawal of the current complaint. The outcome of these conversations will necessarily affect the timelines in the Joint Case Management Plan or ultimately obviate the need for it should Plaintiff withdraw her Complaint. Therefore, the Parties respectfully request leave to file a Joint Case Management Plan, if still necessary at that time, no later than August 10, 2026.

The Parties will make themselves available to the Court if the Court requests and we thank the Court for its consideration of this request.

Respectfully Submitted,
**KOLLER LAW LLC**

*/s/ David M. Koller*
David M. Koller, Esquire
*Counsel for Plaintiff*

CC (Via ECF): Counsel of Record

**2043 Locust Street, Suite 1B, Philadelphia, PA 19103**
**Telephone: 215-545-8917** **Facsimile: 215-575-0826**
**davidk@kollerlawfirm.com** **jordans@kollerlawfirm.com**