**KOLLER LAW, LLC**
David M. Koller, Esq. (Pa 90119)
Jordan D. Santo, Esq. (Pa 320573)
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
T: (215) 545-8917
F: (215) 575-0826
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com

*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NILA COBB,**<br>**Plaintiff,**<br><br>**v.**<br><br>**OFFICE OF THE LIEUTENANT GOVERNOR OF PENNSYLVANIA,**<br>**Defendant.** | **Civil Action No. 1:26-cv-01265-KMN** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff submits this notice of voluntary dismissal of her Complaint. Plaintiff voluntarily dismisses all counts in her Complaint (ECF Doc. No. 1) **without prejudice**.

**RESPECTFULLY SUBMITTED,**
**KOLLER LAW, LLC**

Date: August 10, 2026 **By:** ***/s/David M. Koller***
David M. Koller, Esquire
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 10, 2026, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of the Complaint (ECF No. 1) was filed via the Court's Case Management/Electronic Case Filing (CM/ECF) system and served upon Counsel of Record via the CM/ECF system. It is also available there for view and download.

**KOLLER LAW, LLC**

Date: August 10, 2026

**By: *<u>/s/David M. Koller</u>***

David M. Koller, Esquire
Jordan D. Santo, Esquire
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
215-545-8917
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com

*Counsel for Plaintiff*